# EXHIBIT A

| | SUM-100 |
|---|---|

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/11/2024 12:09 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Covarrubias, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CHIQUITA CANYON, LLC, a Delaware Limited Liability Company; WASTE CONNECTIONS OF CALIFORNIA, a California Corporation; CHIQUITA CANYON, INC., a Delaware Corporation; WASTE CONNECTIONS US. INC., a Delaware Corporation; and DOES 1-150, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ANABEL AUSTIN, an individual; See Attachment A to Summons

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Los Angeles County Superior Court
*(El nombre y dirección de la corte es):*
Stanley Mosk, 111 North Hill Street, Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):* 24STCV17031

David W. Slayton, Executive Officer/Clerk of Court

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Timothy D. McGonigle, Esq., 1800 Century Park East, Suite 516, Los Angeles, CA 90067   310-478-7110

DATE: 07/11/2024
*(Fecha)*

Clerk, by J. Covarrubias , Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Chiquita Canyon, Inc., a Delaware Corporation
   under: ☒ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Anabel Austin, et al. v. Chiquita Canyon, LLC, et al. | 24STCV17031 |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

[x] Plaintiff    [ ] Defendant    [ ] Cross-Complainant    [ ] Cross-Defendant

ADAM BAILEY, an individual;
MONINA BAILEY, an individual;
LARISA BARLAN, an individual;
LAURO BARLAN, an individual;
PATRICIA BARRIENTOS, an individual;
ELIJAH BECERRA, an individual;
IZAIAH BECERRA, an individual;
JOSIAH BECERRA, an individual;
KARLA BECERRA, an individual;
RICHARD BECERRA, an individual;
MARCUS BEVERLY, an individual;
MASAYO BEVERLY, an individual;
MATAEUS BEVERLY, an individual;
SEVEN BEVERLY, an individual;
GINA CERRITENO, an individual;
FELICIA DEWEY, an individual;
MARK DEWEY, an individual;
BRENTON EARLEY, an individual;
BRIANNA EARLEY, an individual;
CASSANDRA EARLEY, an individual;
ENRIQUE FLORES, an individual;
DAVID GAETA, an individual;
FRANCO GAETA-MONDRAGON, an individual;
MATHIAS GAETA-MONDRAGON, an individual;
CONNIE GARCIA, an individual;
DALE GARCIA, an individual;
MICHAEL GERONIMO, an individual;
NICHOLAS GOERTEMILLE, an individual;
DASIA GOLDEN, an individual;
MIRIAM GORETTY MONDRAGON, an individual;
ERIKA HARVEY, an individual;
MIGUEL LEPE, an individual;
MEREDITH MCGOWAN, an individual;
SCOTT D. MCGOWAN, an individual;
YOLANDA MC HENRY, an individual;
RICARDA NAVARRETE, an individual;
ADA NOBRIGA, an individual;
CODY PERNA, an individual;
ROBY PERNA, an individual;
AARON EDUARDO RAMIREZ, an individual;
JOSE RAMIREZ, an individual;
KEVIN RAMOS, an individual;
GERALEINE REYES, an individual;
ARMANDO RODRIGUEZ, an individual;
DIEGO RODRIGUEZ, an individual;
OMAR RODRIGUEZ, an individual;
RODRIGO RODRIGUEZ, an individual;
TERESA RODRIGUEZ, an individual;
ALEXA RUELAS, an individual;
LEONARDO RUELAS, an individual;
MARILYN SALOVICH, an individual;
ASIS SANCHEZ, an individual;
LOVELLE SANCHEZ, an individual;
LARON SCARBROUGH, an individual;
BIJAN TAGHILOU, an individual;
CRISTINA TAGHILOU, an individual;
FRANK TAGHILOU, an individual;
KAYVAN TAGHILOU, an individual;
KEISHA TAYLOR, an individual;
WALTER TAYLOR, an individual;
DOMINIC TEOXON, an individual;
ROGER TEOXON, an individual;
ADAM TYSON, an individual;
ANNA TYSON, an individual;
HUDSON TYSON, an individual;
LISA TYSON, an individual;
NATHAN TYSON, an individual;
MICAIAH TYSON, an individual;
ZOE TYSON, an individual;
ARACELI VALENCIA, an individual;
LIBRADA VALENCIA, an individual;
VAMDI VERTUDES, an individual;
ALEXANDER VILLAFUERTE, an individual;
DAVID VOLPE, an individual;
LINDA VOLPE, an individual;

Page 1 of 1

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]  [Save this form]    [Clear this form]

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/11/2024 12:09 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Covarrubias, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CHIQUITA CANYON, LLC, a Delaware Limited Liability Company; WASTE CONNECTIONS OF CALIFORNIA, a California Corporation; CHIQUITA CANYON, INC., a Delaware Corporation; WASTE CONNECTIONS US. INC., a Delaware Corporation; and DOES 1-150, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ANABEL AUSTIN, an individual; See Attachment A to Summons

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Los Angeles County Superior Court
*(El nombre y dirección de la corte es):*
Stanley Mosk, 111 North Hill Street, Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
24STCV17031

David W. Slayton, Executive Officer/Clerk of Court

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Timothy D. McGonigle, Esq., 1800 Century Park East, Suite 516, Los Angeles, CA 90067     310-478-7110

DATE: 07/11/2024         Clerk, by  J. Covarrubias      , Deputy
*(Fecha)*                *(Secretario)*                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Waste Connections of California, a California Corporation
   under: ☒ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]   [Save this form]   [Clear this form]

SUM-200(A)

| SHORT TITLE: Anabel Austin, et al. v. Chiquita Canyon, LLC, et al. | CASE NUMBER: 24STCV17031 |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

[x] Plaintiff     [ ] Defendant     [ ] Cross-Complainant     [ ] Cross-Defendant

ADAM BAILEY, an individual;
MONINA BAILEY, an individual;
LARISA BARLAN, an individual;
LAURO BARLAN, an individual;
PATRICIA BARRIENTOS, an individual;
ELIJAH BECERRA, an individual;
IZAIAH BECERRA, an individual;
JOSIAH BECERRA, an individual;
KARLA BECERRA, an individual;
RICHARD BECERRA, an individual;
MARCUS BEVERLY, an individual;
MASAYO BEVERLY, an individual;
MATAEUS BEVERLY, an individual;
SEVEN BEVERLY, an individual;
GINA CERRITENO, an individual;
FELICIA DEWEY, an individual;
MARK DEWEY, an individual;
BRENTON EARLEY, an individual;
BRIANNA EARLEY, an individual;
CASSANDRA EARLEY, an individual;
ENRIQUE FLORES, an individual;
DAVID GAETA, an individual;
FRANCO GAETA-MONDRAGON, an individual;
MATHIAS GAETA-MONDRAGON, an individual;
CONNIE GARCIA, an individual;
DALE GARCIA, an individual;
MICHAEL GERONIMO, an individual;
NICHOLAS GOERTEMILLE, an individual;
DASIA GOLDEN, an individual;
MIRIAM GORETTY MONDRAGON, an individual;
ERIKA HARVEY, an individual;
MIGUEL LEPE, an individual;
MEREDITH MCGOWAN, an individual;
SCOTT D. MCGOWAN, an individual;
YOLANDA MC HENRY, an individual;
RICARDA NAVARRETE, an individual;
ADA NOBRIGA, an individual;
CODY PERNA, an individual;
ROBY PERNA, an individual;
AARON EDUARDO RAMIREZ, an individual;
JOSE RAMIREZ, an individual;
KEVIN RAMOS, an individual;
GERALEINE REYES, an individual;
ARMANDO RODRIGUEZ, an individual;
DIEGO RODRIGUEZ, an individual;
OMAR RODRIGUEZ, an individual;
RODRIGO RODRIGUEZ, an individual;
TERESA RODRIGUEZ, an individual;
ALEXA RUELAS, an individual;
LEONARDO RUELAS, an individual;
MARILYN SALOVICH, an individual;
ASIS SANCHEZ, an individual;
LOVELLE SANCHEZ, an individual;
LARON SCARBROUGH, an individual;
BIJAN TAGHILOU, an individual;
CRISTINA TAGHILOU, an individual;
FRANK TAGHILOU, an individual;
KAYVAN TAGHILOU, an individual;
KEISHA TAYLOR, an individual;
WALTER TAYLOR, an individual;
DOMINIC TEOXON, an individual;
ROGER TEOXON, an individual;
ADAM TYSON, an individual;
ANNA TYSON, an individual;
HUDSON TYSON, an individual;
LISA TYSON, an individual;
NATHAN TYSON, an individual;
MICAIAH TYSON, an individual;
ZOE TYSON, an individual;
ARACELI VALENCIA, an individual;
LIBRADA VALENCIA, an individual;
VAMDI VERTUDES, an individual;
ALEXANDER VILLAFUERTE, an individual;
DAVID VOLPE, an individual;
LINDA VOLPE, an individual;

Page 1 of 1

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CHIQUITA CANYON, LLC, a Delaware Limited Liability Company; WASTE CONNECTIONS OF CALIFORNIA, a California Corporation; CHIQUITA CANYON, INC., a Delaware Corporation; WASTE CONNECTIONS US, INC., a Delaware Corporation; and DOES 1-150, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ANABEL AUSTIN, an individual; See Attachment A to Summons

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/11/2024 12:09 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Covarrubias, Deputy Clerk

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: Los Angeles County Superior Court | CASE NUMBER: *(Número del Caso):* |
|---|---|
| *(El nombre y dirección de la corte es):* Stanley Mosk, 111 North Hill Street, Los Angeles, CA 90012 | 24STCV17031 |

David W. Slayton, Executive Officer/Clerk of Court

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Timothy D. McGonigle, Esq., 1800 Century Park East, Suite 516, Los Angeles, CA 90067   310-478-7110

DATE: 07/11/2024    Clerk, by J. Covarrubias, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Waste Connections US, Inc., a Delaware Corporation
   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]

SUM-200(A)

| SHORT TITLE: Anabel Austin, et al. v. Chiquita Canyon, LLC, et al. | CASE NUMBER: 24STCV17031 |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

[x] Plaintiff   [ ] Defendant   [ ] Cross-Complainant   [ ] Cross-Defendant

ADAM BAILEY, an individual;
MONINA BAILEY, an individual;
LARISA BARLAN, an individual;
LAURO BARLAN, an individual;
PATRICIA BARRIENTOS, an individual;
ELIJAH BECERRA, an individual;
IZAIAH BECERRA, an individual;
JOSIAH BECERRA, an individual;
KARLA BECERRA, an individual;
RICHARD BECERRA, an individual;
MARCUS BEVERLY, an individual;
MASAYO BEVERLY, an individual;
MATAEUS BEVERLY, an individual;
SEVEN BEVERLY, an individual;
GINA CERRITENO, an individual;
FELICIA DEWEY, an individual;
MARK DEWEY, an individual;
BRENTON EARLEY, an individual;
BRIANNA EARLEY, an individual;
CASSANDRA EARLEY, an individual;
ENRIQUE FLORES, an individual;
DAVID GAETA, an individual;
FRANCO GAETA-MONDRAGON, an individual;
MATHIAS GAETA-MONDRAGON, an individual;
CONNIE GARCIA, an individual;
DALE GARCIA, an individual;
MICHAEL GERONIMO, an individual;
NICHOLAS GOERTEMILLE, an individual;
DASIA GOLDEN, an individual;
MIRIAM GORETTY MONDRAGON, an individual;
ERIKA HARVEY, an individual;
MIGUEL LEPE, an individual;
MEREDITH MCGOWAN, an individual;
SCOTT D. MCGOWAN, an individual;
YOLANDA MC HENRY, an individual;
RICARDA NAVARRETE, an individual;
ADA NOBRIGA, an individual;
CODY PERNA, an individual;
ROBY PERNA, an individual;
AARON EDUARDO RAMIREZ, an individual;
JOSE RAMIREZ, an individual;
KEVIN RAMOS, an individual;
GERALEINE REYES, an individual;
ARMANDO RODRIGUEZ, an individual;
DIEGO RODRIGUEZ, an individual;
OMAR RODRIGUEZ, an individual;
RODRIGO RODRIGUEZ, an individual;
TERESA RODRIGUEZ, an individual;
ALEXA RUELAS, an individual;
LEONARDO RUELAS, an individual;
MARILYN SALOVICH, an individual;
ASIS SANCHEZ, an individual;
LOVELLE SANCHEZ, an individual;
LARON SCARBROUGH, an individual;
BIJAN TAGHILOU, an individual;
CRISTINA TAGHILOU, an individual;
FRANK TAGHILOU, an individual;
KAYVAN TAGHILOU, an individual;
KEISHA TAYLOR, an individual;
WALTER TAYLOR, an individual;
DOMINIC TEOXON, an individual;
ROGER TEOXON, an individual;
ADAM TYSON, an individual;
ANNA TYSON, an individual;
HUDSON TYSON, an individual;
LISA TYSON, an individual;
NATHAN TYSON, an individual;
MICAIAH TYSON, an individual;
ZOE TYSON, an individual;
ARACELI VALENCIA, an individual;
LIBRADA VALENCIA, an individual;
VAMDI VERTUDES, an individual;
ALEXANDER VILLAFUERTE, an individual;
DAVID VOLPE, an individual;
LINDA VOLPE, an individual;

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CHIQUITA CANYON, LLC, a Delaware Limited Liability Company; WASTE CONNECTIONS OF CALIFORNIA, a California Corporation; CHIQUITA CANYON, INC., a Delaware Corporation; WASTE CONNECTIONS US. INC., a Delaware Corporation; and DOES 1-150, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ANABEL AUSTIN, an individual; See Attachment A to Summons

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/11/2024 12:09 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Covarrubias, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Los Angeles County Superior Court
*(El nombre y dirección de la corte es):*
Stanley Mosk, 111 North Hill Street, Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
24STCV17031

David W. Slayton, Executive Officer/Clerk of Court

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Timothy D. McGonigle, Esq., 1800 Century Park East, Suite 516, Los Angeles, CA 90067    310-478-7110

DATE: 07/11/2024    Clerk, by J. Covarrubias , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
         Chiquita Canyon, LLC, a Delaware Limited Liability Company
3. [X] on behalf of *(specify)*:
   under: [ ] CCP 416.10 (corporation)            [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [X] other *(specify)*: LLC
4. [ ] by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]

| SHORT TITLE: Anabel Austin, et al. v. Chiquita Canyon, LLC, et al. | CASE NUMBER: 24STCV17031 |
|---|---|

SUM-200(A)

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

[x] Plaintiff   [ ] Defendant   [ ] Cross-Complainant   [ ] Cross-Defendant

ADAM BAILEY, an individual;
MONINA BAILEY, an individual;
LARISA BARLAN, an individual;
LAURO BARLAN, an individual;
PATRICIA BARRIENTOS, an individual;
ELIJAH BECERRA, an individual;
IZAIAH BECERRA, an individual;
JOSIAH BECERRA, an individual;
KARLA BECERRA, an individual;
RICHARD BECERRA, an individual;
MARCUS BEVERLY, an individual;
MASAYO BEVERLY, an individual;
MATAEUS BEVERLY, an individual;
SEVEN BEVERLY, an individual;
GINA CERRITENO, an individual;
FELICIA DEWEY, an individual;
MARK DEWEY, an individual;
BRENTON EARLEY, an individual;
BRIANNA EARLEY, an individual;
CASSANDRA EARLEY, an individual;
ENRIQUE FLORES, an individual;
DAVID GAETA, an individual;
FRANCO GAETA-MONDRAGON, an individual;
MATHIAS GAETA-MONDRAGON, an individual;
CONNIE GARCIA, an individual;
DALE GARCIA, an individual;
MICHAEL GERONIMO, an individual;
NICHOLAS GOERTEMILLE, an individual;
DASIA GOLDEN, an individual;
MIRIAM GORETTY MONDRAGON, an individual;
ERIKA HARVEY, an individual;
MIGUEL LEPE, an individual;
MEREDITH MCGOWAN, an individual;
SCOTT D. MCGOWAN, an individual;
YOLANDA MC HENRY, an individual;
RICARDA NAVARRETE, an individual;
ADA NOBRIGA, an individual;
CODY PERNA, an individual;
ROBY PERNA, an individual;
AARON EDUARDO RAMIREZ, an individual;
JOSE RAMIREZ, an individual;
KEVIN RAMOS, an individual;
GERALEINE REYES, an individual;
ARMANDO RODRIGUEZ, an individual;
DIEGO RODRIGUEZ, an individual;
OMAR RODRIGUEZ, an individual;
RODRIGO RODRIGUEZ, an individual;
TERESA RODRIGUEZ, an individual;
ALEXA RUELAS, an individual;
LEONARDO RUELAS, an individual;
MARILYN SALOVICH, an individual;
ASIS SANCHEZ, an individual;
LOVELLE SANCHEZ, an individual;
LARON SCARBROUGH, an individual;
BIJAN TAGHILOU, an individual;
CRISTINA TAGHILOU, an individual;
FRANK TAGHILOU, an individual;
KAYVAN TAGHILOU, an individual;
KEISHA TAYLOR, an individual;
WALTER TAYLOR, an individual;
DOMINIC TEOXON, an individual;
ROGER TEOXON, an individual;
ADAM TYSON, an individual;
ANNA TYSON, an individual;
HUDSON TYSON, an individual;
LISA TYSON, an individual;
NATHAN TYSON, an individual;
MICAIAH TYSON, an individual;
ZOE TYSON, an individual;
ARACELI VALENCIA, an individual;
LIBRADA VALENCIA, an individual;
VAMDI VERTUDES, an individual;
ALEXANDER VILLAFUERTE, an individual;
DAVID VOLPE, an individual;
LINDA VOLPE, an individual;

Page 1 of 1

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]