1  Timothy D. McGonigle, Esq. (State Bar No. 115979)
   **TIMOTHY D. McGONIGLE PROF. CORP.**
2  1800 Century Park East, Suite 516
   Los Angeles, California 90067
3  Telephone: (310) 478-7110
   Facsimile: (888) 266-9410
4  Email: tim@mcgoniglelaw.net

5  *Attorneys for Plaintiffs*
   Anabel Austin, et al.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ANABEL AUSTIN, an individual; ADAM BAILEY, an individual; MONINA BAILEY, an individual; LARISA BARLAN, an individual; LAURO BARLAN, an individual; PATRICIA BARRIENTOS, an individual; ELIJAH BECERRA, an individual; IZAIAH BECERRA, an individual; JOSIAH BECERRA, an individual; KARLA BECERRA, an individual; RICHARD BECERRA, an individual; MARCUS BEVERLY, an individual; MASAYO BEVERLY, an individual; MATAEUS BEVERLY, an individual; SEVEN BEVERLY, an individual; GINA CERRITENO, an individual; FELICIA DEWEY, an individual; MARK DEWEY, an individual; BRENTON EARLEY, an individual; BRIANNA EARLEY, an individual; CASSANDRA EARLEY, an individual; ENRIQUE FLORES, an individual; DAVID GAETA, an individual; FRANCO GAETA-MONDRAGON, an individual; MATHIAS GAETA-MONDRAGON, an individual; CONNIE GARCIA, an individual; DALE GARCIA, an individual; MICHAEL GERONIMO, an individual; NICHOLAS GOERTEMILLE, an individual; DASIA GOLDEN, an individual; MIRIAM GORETTY MONDRAGON, an individual; ERIKA HARVEY, an individual; MIGUEL LEPE, an individual; MEREDITH MCGOWAN, an individual; SCOTT D. MCGOWAN, an individual; YOLANDA MC HENRY, an individual; RICARDA NAVARRETE, an individual; ADA NOBRIGA, an individual; CODY PERNA, an | Case No.: 2:24-CV-06966<br><br>**DEMAND FOR JURY TRIAL** |

DEMAND FOR JURY TRIAL                    1

individual; ROBY PERNA, an individual; AARON EDUARDO RAMIREZ, an individual; JOSE RAMIREZ, an individual; KEVIN RAMOS, an individual; GERALEINE REYES, an individual; ARMANDO RODRIGUEZ, an individual; DIEGO RODRIGUEZ, an individual; OMAR RODRIGUEZ, an individual; RODRIGO RODRIGUEZ, an individual; TERESA RODRIGUEZ, an individual; ALEXA RUELAS, an individual; LEONARDO RUELAS, an individual; MARILYN SALOVICH, an individual; ASIS SANCHEZ, an individual; LOVELLE SANCHEZ, an individual; LARON SCARBROUGH, an individual; BIJAN TAGHILOU, an individual; CRISTINA TAGHILOU, an individual; FRANK TAGHILOU, an individual; KAYVAN TAGHILOU, an individual; KEISHA TAYLOR, an individual; WALTER TAYLOR, an individual; DOMINIC TEOXON, an individual; ROGER TEOXON, an individual; ADAM TYSON, an individual; ANNA TYSON, an individual; HUDSON TYSON, an individual; LISA TYSON, an individual; NATHAN TYSON, an individual; MICAIAH TYSON, an individual; ZOE TYSON, an individual; ARACELI VALENCIA, an individual; LIBRADA VALENCIA, an individual; VAMDI VERTUDES, an individual; ALEXANDER VILLAFUERTE, an individual; DAVID VOLPE, an individual; LINDA VOLPE, an individual;

      Plaintiffs,

      vs.

CHIQUITA CANYON, LLC, a Delaware Limited Liability Company; WASTE CONNECTIONS OF CALIFORNIA, a California Corporation; CHIQUITA CANYON, INC., a Delaware Corporation; WASTE CONNECTIONS US. INC., a Delaware Corporation; and DOES 1-150, inclusive,

      Defendants.

///

///

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs ANABEL AUSTIN, an individual; ADAM BAILEY, an individual; MONINA BAILEY, an individual; LARISA BARLAN, an individual; LAURO BARLAN, an individual; PATRICIA BARRIENTOS, an individual; ELIJAH BECERRA, an individual; IZAIAH BECERRA, an individual; JOSIAH BECERRA, an individual; KARLA BECERRA, an individual; RICHARD BECERRA, an individual; MARCUS BEVERLY, an individual; MASAYO BEVERLY, an individual; MATAEUS BEVERLY, an individual; SEVEN BEVERLY, an individual; GINA CERRITENO, an individual; FELICIA DEWEY, an individual; MARK DEWEY, an individual; BRENTON EARLEY, an individual; BRIANNA EARLEY, an individual; CASSANDRA EARLEY, an individual; ENRIQUE FLORES, an individual; DAVID GAETA, an individual; FRANCO GAETA-MONDRAGON, an individual; MATHIAS GAETA-MONDRAGON, an individual; CONNIE GARCIA, an individual; DALE GARCIA, an individual; MICHAEL GERONIMO, an individual; NICHOLAS GOERTEMILLE, an individual; DASIA GOLDEN, an individual; MIRIAM GORETTY MONDRAGON, an individual; ERIKA HARVEY, an individual; MIGUEL LEPE, an individual; MEREDITH MCGOWAN, an individual; SCOTT D. MCGOWAN, an individual; YOLANDA MC HENRY, an individual; RICARDA NAVARRETE, an individual; ADA NOBRIGA, an individual; CODY PERNA, an individual; ROBY PERNA, an individual; AARON EDUARDO RAMIREZ, an individual; JOSE RAMIREZ, an individual; KEVIN RAMOS, an individual; GERALEINE REYES, an individual; ARMANDO RODRIGUEZ, an individual; DIEGO RODRIGUEZ, an individual; OMAR RODRIGUEZ, an individual; RODRIGO RODRIGUEZ, an individual; TERESA RODRIGUEZ, an individual; ALEXA RUELAS, an individual; LEONARDO RUELAS, an individual; MARILYN SALOVICH, an individual; ASIS SANCHEZ, an individual;

LOVELLE SANCHEZ, an individual; LARON SCARBROUGH, an individual; BIJAN TAGHILOU, an individual; CRISTINA TAGHILOU, an individual; FRANK TAGHILOU, an individual; KAYVAN TAGHILOU, an individual; KEISHA TAYLOR, an individual; WALTER TAYLOR, an individual; DOMINIC TEOXON, an individual; ROGER TEOXON, an individual; ADAM TYSON, an individual; ANNA TYSON, an individual; HUDSON TYSON, an individual; LISA TYSON, an individual; NATHAN TYSON, an individual; MICAIAH TYSON, an individual; ZOE TYSON, an individual; ARACELI VALENCIA, an individual; LIBRADA VALENCIA, an individual; VAMDI VERTUDES, an individual; ALEXANDER VILLAFUERTE, an individual; DAVID VOLPE, an individual; LINDA VOLPE, an individual (collectively "Plaintiffs") hereby demand a trial by jury in the above-captioned action of all issues triable by jury.

Dated: September 11, 2024                    TIMOTHY D. MCGONIGLE, APC

By:_____
TIMOTHY D. McGONIGLE
Attorney for Plaintiffs

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the above-referenced action. My address is 1880 Century Park East, Suite 516, Los Angeles, California 90067.

On September 11, 2024, I served the foregoing document described as:

DEMAND FOR JURY TRIAL

Electronically by using the Court's ECF/CM System.

| | |
|---|---|
| Gary J. Smith (SBN 141393)<br>gsmith@bdlaw.com<br>Jacob P. Duginski (SBN 316091)<br>jduginski@bdlaw.com<br>**BEVERIDGE & DIAMOND P.C.**<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 262-4000<br><br>Kaitlyn D. Shannon (SBN 296735)<br>kshannon@bdlaw.com<br>**BEVERIDGE & DIAMOND, P.C**<br>1900 N Street, N.W., Suite 100<br>Washington, DC 20036-1661<br>Telephone: (202) 789-6040<br>Facsimile: (202) 789-6190<br><br>Paul S. Chan (SBN 183406)<br>pchan@birdmarella.com<br>Ariel A. Neuman (SBN 241594)<br>aneuman@birdmarella.com<br>Fanxi Wang (SBN 287584)<br>fwang@birdmarella.com<br>Shoshana E. Bannett (SBN 241977)<br>sbannett@birdmarella.com<br>Alec M. Cronin (SBN 333774)<br>acronin@birdmarella.com<br>**BIRD, MARELLA, RHOW,**<br>**LINCENBERG DROOKS & NESSIM,**<br>**LLP**<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110 | Attorneys for Chiquita Canyon, LLC, Waste Connections of California, Chiquita Canyon, Inc. and Waste Connections US, Inc. |

DEMAND FOR JURY TRIAL                 5

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on September 11, 2024, at Los Angeles, California.

By: *Tim McGonigle* (signature)
TIMOTHY D. McGONIGLE